ISIDORE A. ELTING v. ISAAC FREEDMAN, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAY G. SCHOONMAKER and Others v. CARL BYOIR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

FRIGIDAIRE SALES CORPORATION v. WABASCO REALTY Co., INC., and Another. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROSE KLEIN v. JACOB BERNARD HOROWITZ, Impleaded, etc.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN ELLIOTT, Respondent, v. LOUIS J. JAFFEE and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of GEORGE RINGLER, Respondent, v. LOUIS ZELEZNIK, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and dismiss the information.

JOHN J. McNABOE and Another, as Receivers of the Premises at 521 Fifth Avenue, New York City, Respondents, v. I. NICK GORDON and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of EILEEN LOUISE TAYLOR HURLEY and Another, Respondents, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of HARRY N. TAYLOR, Deceased. GERTRUDE E. TAYLOR, Appellant.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [149 Misc. 705.]

J. & J. G. WALLACH, Appellant, v. SAMUEL WALLACH, Doing Business, etc., Respondent. J. & J. G. WALLACH, Appellant, v. NATHAN WALLACH, Doing Business, etc., Respondent.— Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSE A. GANDUS, Respondent, v. J. HENRY SCHRODER BANKING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SARAH JACKNOWITZ, Appellant, v. TILYOU REALTY COMPANY and Others, Respondents, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES GALLUB and Another, Appellants, v. GALLUB AMUSEMENT Co., INC., and Others, Respondents, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

---

* Revd., 266 N. Y. ——.